

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Krista Freitag, Court-appointed permanent receiver for ANI Development LLC, American National Investments, Inc., and their subsidiaries and affiliates<br><br>**Plaintiff,**<br><br>V.<br><br>Horacio Valeiras, Trustee of the Valeiras Family Trust Dated July 20, 2007; Does 1 through 10, inclusive<br><br>**Defendant.** | Civil Action No.   21cv1625-LAB(AHG)<br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Receiver's Motion for Summary Judgment is granted, and Valeiras's Motion for Summary Judgment is denied. The Receiver is awarded the Profit Amount and the Prejudgment Interest Amount, totaling $677,271.59.

| | |
|---|---|
| **Date:**   3/29/24 | **CLERK OF COURT**<br>**JOHN MORRILL, Clerk of Court**<br>By:  s/ R. Chapman<br>R. Chapman, Deputy |